# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Spacekraft | 12/8/2022 | 266466 | Check | $ 4,787.04 |
| Akorn Operating Company, LLC | Spacekraft | 1/17/2023 | 266947 | Check | $ 9,732.00 |
|  |  |  |  |  | $ 14,519.04 |