**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | International Paper Company, d/b/a Spacekraft | 12/8/2022 | 266466 | Check | $ 4,787.04 |
| Akorn Operating Company, LLC | International Paper Company, d/b/a Spacekraft | 1/17/2023 | 266947 | Check | $ 9,732.00 |
| | | | | | $ 14,519.04 |