IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al*<br>              Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING**
**AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR**
**JULY 10, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

  I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on July 9, 2025 the *Amended Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025 at 11:00 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: July 9, 2025
Wilmington, Delaware

                COZEN O'CONNOR

            By: */s/ John T. Carroll, III*
               John T. Carroll, III (DE No. 4060)
               1201 N. Market Street
               Suite 1001
               Wilmington, DE 19801
               (302) 295-2028 Phone
               (302) 295-2013 Fax No.
               jcarroll@cozen.com

               *Counsel to George L. Miller,*
               *Chapter 7 Trustee*